# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0546. GLO UP, LLC v. 1800 LIMITED PARTNERSHIP, LLC.

In this dispossessory action, 1800 Limited Partnership, LLC sought a writ of possession and past due rent from Glo Up, LLC in magistrate court. Glo Up counterclaimed for damages and the action was transferred to state court. The state court entered a writ of possession in favor of 1800 Limited Partnership and then held a bench trial to decide the amount of rent due and Glo Up's counterclaims. On August 5, 2024, the court entered an order resolving the remaining claims. On August 23, 2024, Glo Up filed this direct appeal. We, however, lack jurisdiction.

While as a general rule a notice of appeal must be filed within 30 days of entry of the order sought to be appealed, see OCGA § 5-6-38 (a), appeals in dispossessory actions must be filed within 7 days of the date judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 523 (521 SE2d 456) (1999). Because Glo Up did not file its notice of appeal until 18 days after the court entered its final order in this dispossessory action, this appeal is untimely.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/05/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*